# EXHIBIT A

EXHIBIT A

# NON-RESIDENT CITATION

Cause Number: 20-06-07588

**CLERK OF THE COURT**  
Melisa Miller  
P.O. BOX 2985  
CONROE, TEXAS 77305

**ATTORNEY REQUESTING THIS SERIVCE**  
Williams M. Walls; Williams M. Walls  
2927 Broadway  
Houston TX  77017; 2927 Broadway  
Houston TX  77017

# THE STATE OF TEXAS

**NOTICE TO RESPONDENT:** "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To:  **Capitol One Bank (USA), N.A.**  
**c/o Jory A Berson, President**  
**1680 Capital 1 Drive**  
**McLean VA  22102**

You are hereby commanded to appear by filing a written answer to the Plaintiffs' Original Petition at or before 10:00 a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the 410th Judicial District Court at the Courthouse of said County in Conroe, Texas.

Said  was filed in said court on this the 29th day of June, 2020, in this case, numbered 20-06-07588 on the docket of said court, and styled,

Peakday Kep, Narysynuon Kep VS. Capitol One Bank (USA), N.A.

The nature of plaintiff's demand is fully shown by a true and correct copy of  Plaintiffs' Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 30th day of June, 2020

**Melisa Miller, District Clerk**  
**Montgomery County, Texas**

By: f/c user: JC  
Issued 06/30/2020 08:34:26  
Jonathan Chicas, Deputy

EXHIBIT A

# OFFICER'S RETURN

Cause No: 20-06-07588
Court No: 410th Judicial District Court
Style: Peakday Kep, Narysynuon Kep VS. Capitol One Bank (USA), N.A.
TO: Capitol One Bank (USA), N.A.
Address for Service: c/o Jory A Berson, President
1680 Capital 1 Drive
McLean VA  22102

Came to hand the ___day of _____, 20__, at _____ o'clock, and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiffs' Original Petition , at the following times and places, to wit:

| Name | Date/Time | Place, Course and distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |

**Manner of service:** _____

*****And not executed as to the defendants(s)** _____
The diligence used in finding said defendant(s) being:
_____
And the cause of failure to execute this process is:
_____
And information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy        $_____

_____OFFICER

TOTAL                          $_____

_____County, Texas

By: _____, Deputy

**AFFIANT**

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury.

| | |
|---|---|
| A return signed under penalty of perjury must contain the statement below in substantially the following form:<br>My full name is _____<br>My date of birth is ___/___/_____, and my address is _____.<br>**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**<br>Executed in_____, County, State of _____, on the _____day of _____, 20____.<br><br>_____<br>**Declarant/Authorized Process Server**<br>_____<br>**ID# & Exp. Of Certification** | _____<br>**Declarant/Authorized Process Server**<br>_____<br>**ID# & Exp. Of Certification**<br>**SWORN AND SUBSCRIBED ON**<br><br>_____<br>**DATE**<br><br><br>_____<br>**NOTARY** |

Cause no. 20-06-07588 410th Judicial District Court

### Clerk's Certificate of Service by Certified Mail:

I, Melisa Miller, Clerk of the District Courts of Montgomery County, Texas, certify that, in cause no. 20-06-07588, I executed the foregoing citation in Montgomery County, Texas on this the 30th day of June, 2020, by placing in the United States Mail a true copy of this citation, with a true copy of the Plaintiffs' Original Petition attached thereto, via certified mail no. 92147969009997901634156514 and addressed to

Capitol One Bank (USA), N.A.
c/o Jory A Berson President
1680 Capital 1 Drive
McLean VA  22102

and endorsed thereon "RETURN RECEIPT REQUESTED"; to certify which witness my hand officially June 30, 2020.

Melisa Miller, District Clerk
Montgomery County, Texas

By: _____
Jonathan Chicas

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee  2147 9969 0099 9790 1634 1565 14
$        $3.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $    $2.85         Postmark
☐ Certified Mail Restricted Delivery $                  Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $  $0.00
Postage
$
Total Postage and Fees
$        $6.900
Sent To
    Capitol One Bank (USA), N.A.
Street, Apt. No.,  C/O Jory A Berson, President
or PO Box No.     1680 Capital 1 Drive
City, State, Zip+4 McLean, VA 22102

PS Form 3800, April 2015        See Reverse for Instructions
```