# EXHIBIT D

Skip to Main Content  Logout  My Account  My Cases  Search Menu  New Civil Search  Refine Search  Back          Location : All Courts  Images  Help

# REGISTER OF ACTIONS
## CASE NO. 20-06-07588

**Peakday Kep, Narysynuon Kep VS. Capitol One Bank (USA), N.A.**

§ § § § §

Case Type: **Contract-Other >$100,000 but <$200,000**
Date Filed: **06/29/2020**
Location:

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **Defendant** | **Capitol One Bank (USA), N.A.** | | **David H. Herrold** |
| | McLean, VA 22102 | | *Retained* |
| | | | 918-586-5711(W) |
| | | | |
| **Plaintiff** | **Kep, Narysynuon** | | **Williams M. Walls** |
| | | | *Retained* |
| | | | 281-772-8068(W) |
| | | | |
| **Plaintiff** | **Kep, Peakday** | | **Williams M. Walls** |
| | Spring, TX 77386 | | *Retained* |
| | | | 281-772-8068(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 06/29/2020 | **Original Petition (OCA)** |
| 06/29/2020 | **E-Filed Original Petition Document** |
| 06/29/2020 | **Jury Trial Requested** |
| 06/29/2020 | **Jury Fee Paid** |
| 06/30/2020 | **Request For Service** |
| 06/30/2020 | **Citation** |
| |     Capitol One Bank (USA), N.A.    Unserved |
| 08/03/2020 | **Answer** |
| 08/04/2020 | **Intra-County Court Transfer Order** |

---

### FINANCIAL INFORMATION

**Plaintiff** Kep, Peakday
Total Financial Assessment   415.00
Total Payments and Credits   415.00
**Balance Due as of 08/04/2020**   **0.00**

| 06/29/2020 | Transaction Assessment | | 415.00 |
|---|---|---|---|
| 06/29/2020 | E-File Electronic Payment   Receipt # 2020-271933 | Kep, Peakday | (415.00) |