# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEAKDAY KEP and NARYSYNUON KEP, | § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL ACTION NO. |
| CAPITOL ONE BANK, (USA), N.A., | § § § | |
| Defendants | § | |

## **INDEX OF MATTERS BEING FILED**

Civil Cover Sheet

Notice of Removal

| | |
|---|---|
| Exhibit A: | All executed process in the case |
| Exhibit B: | Pleadings asserting causes of action, e.g. petitions, counterclaims, cross actions, third party actions, interventions and all answers to such pleadings |
| Exhibit C: | All orders signed by the state judge |
| Exhibit D: | The Register of Actions (docket sheet) |
| Exhibit E: | An index of matters being filed |
| Exhibit F: | A list of all counsel of record, including addresses, telephone numbers and parties represented (Certificate of Attorneys and List of Parties). |

Respectfully submitted:

CONNER & WINTERS, LLP

/s/ Douglas M. Selwyn
Douglas M. Selwyn
State Bar No. 18022250
SD TX No. 507
808 Travis Street, 23rd Floor
Houston, Texas 77002
Telephone: (713) 650-3850
Facsimile: (713) 650-3851
dselwyn@cwlaw.com
**ATTORNEYS FOR DEFENDANT,
CAPITAL ONE BANK (USA), N.A.**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the above and foregoing Defendant's Index of Matters Being Filed has been forwarded via certified mail, return receipt requested, on August 4, 2020, to counsel for Plaintiffs:

    William M. Walls, Esq.
    2927 Broadway
    Houston, Texas 77017

                              /s/   Douglas M. Selwyn
                            Douglas M. Selwyn