# EXHIBIT F

# CERTIFICATE OF ATTORNEYS
# AND
# LIST OF PARTIES

William M. Walls
SBN 20795100
2927 Broadway                              Attorney for Plaintiffs:
Houston, Texas 77017                       Peakday Kep and Narysynyon Kep
Tel:  (281) 772-8068
williammwalls@gmail.com

Douglas M. Selwyn
SD TX No. 507
TX Bar No. 18022250                        Attorneys for Defendant:
CONNER & WINTERS LLP                       Capital One Bank (USA), N.A.
808 Travis Street, 23rd Floor
Houston, Texas 77002
Tel:  (713) 650-3850
Fax:  (713) 650-3851
dselwyn@cwlaw.com

David H. Herrold
State Bar No. 24107029
CONNER & WINTERS LLP
4000 One Williams Center
Tulsa, Oklahoma 74172
Telephone: (918) 586-5711
Facsimile: (918) 586-8547
dherrold@cwlaw.com

Case No. 20-06-07588; *Peakday Kep and Narysynyon Kep v. Capitol One Bank (USA), N.A.*, in the 457th Judicial District Court (transferred from the 410th) of Montgomery County, Texas

**LIST OF PARTIES**

**PLAINTIFFS:**
Peakday Kep and Narysynyon Kep

**DEFENDANT:**
Capital One Bank (USA), N.A.

                                                                 /s/   Douglas M. Selwyn
                                                                 Douglas M. Selwyn