**TXSDdb_Houston_Operation**

**From:** cmecf@vaed.uscourts.gov
**Sent:** Wednesday, August 26, 2020 1:55 PM
**To:** TXSDdb_InterDistrictTransfer
**Subject:** Transferred case has been opened


CASE: 4:20-cv-02718

DETAILS: Case transferred from Texas Southern has been opened in Eastern District of Virginia - as case 1:20-cv-02973, filed 08/26/2020.